# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

306
**KA 10-00011**
PRESENT: SCUDDER, P.J., SMITH, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    ORDER

JESSE N.F., DEFENDANT-APPELLANT.

---

SCOTT P. FALVEY, CANANDAIGUA, FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (HEATHER A. PARKER OF COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Ontario County Court (Frederick G. Reed, A.J.), rendered December 2, 2009. Defendant was adjudicated a youthful offender upon his plea of guilty to burglary in the second degree.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.

Entered: March 16, 2012                    Frances E. Cafarell
                                           Clerk of the Court